UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FLETA CHRISTINA SABRA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 20-0681 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. CUSTOMS AND BORDER PROTECTION, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

Defendant U.S. Customs and Border Protection hereby answers Plaintiff Fleta Christina Cousin Sabra's complaint for declaratory and injunctive relief ("Complaint"), ECF No. 1, in this Freedom of Information Act ("FOIA") case as follows:

1. This paragraph contains Plaintiff's characterization of this action and conclusions of law, to which no response is required. To the extent a response is required, Defendant denies.

2. This paragraph contains allegations that are immaterial to this action, to which no response is required.

3. This paragraph contains allegations that are immaterial to this action and Plaintiff's conclusions of law, to which no response is required. To the extent a response is required to Plaintiff's conclusions of law, Defendant denies.

4. This paragraph contains allegations that are immaterial to this action, to which no response is required.

5. Defendant admits that Plaintiff submitted a request for agency records in July 2016. The remainder of this paragraph consists of Plaintiff's characterization of that request, to which no response is required. The request speaks for itself and is the best evidence of its

contents. Defendant respectfully refers the Court to that request for a complete and accurate statement of its contents.

6-7. These paragraphs contain Plaintiff's characterization of the agency's response, to which no response is required. The agency's response speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that response for a complete and accurate statement of its contents.

8. Defendant admits that Plaintiff appealed the agency's August 5, 2016, response. The remainder of the allegations in this paragraph consist of Plaintiff's characterization of the agency's response to Plaintiff's appeal, to which no response is required. The agency's response speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that response for a complete and accurate statement of its contents.

9. Defendant admits that Plaintiff submitted a request for agency records on or about May 5, 2017. The remainder of this paragraph consists of Plaintiff's characterization of that request, to which no response is required. That request speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that request for a complete and accurate statement of its contents.

10. Defendant admits that, as of the date the Complaint was filed, it has not issued a final response to Plaintiff's May 5, 2017, FOIA request or a response to Plaintiff's request for expedited processing.

11. This paragraph contains Plaintiff's characterization of this action, requests for relief and conclusions of law, to which no response is required. To the extent a response is required, Defendant denies.

2

**Jurisdiction and Venue**

12.     This paragraph contains Plaintiff's conclusions of law, to which no response is required.

**Parties**

13.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

14.     Admitted.

15.     This paragraph contains Plaintiff's conclusions of law, to which no response is required. To the extent that a response is required, Defendant currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

**Factual Background**

16-25.  These paragraphs contain allegations that are immaterial to this action, to which no response is required.

26.     This paragraph contains Plaintiff's conclusions of law and allegations that are immaterial to this action, to which no response is required. To the extent a response is required to Plaintiff's conclusions of law, Defendant denies.

27-73.  These paragraphs contain allegations that are immaterial to this action, to which no response is required.

74.     Defendant admits that Plaintiff made a FOIA request via an electronic submission on or about May 5, 2017.

75.     This paragraph consists of Plaintiff's characterization of the FOIA request, to which no response is required. That request speaks for itself and is the best evidence of its

contents. Defendant respectfully refers the Court to that request for a complete and accurate statement of its contents.

76. Defendant admits that, on May 9, 2017, it sent an electronic letter to the requestor that acknowledged receipt of the May 5, 2017, FOIA request. The remainder of this paragraph consists of Plaintiff's characterization of that letter, to which no response is required. The agency's letter speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

77. Defendant admits that, as of the date the Complaint was filed, it has not issued a final response to Plaintiff's May 5, 2017, FOIA request or a response to Plaintiff's request for expedited processing.

78. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

### Alleged Claims for Relief

### Alleged Count I

79. Defendant repeats and restates each and every response heretofore made with the same force and effect as if the same were set forth fully herein.

80-83. These paragraphs contain Plaintiff's conclusions of law, to which no response is required. To the extent a response is required, Defendant denies.

84. This paragraph contains Plaintiff's conclusions of law, to which no response is required.

### Alleged Count II

85. Defendant repeats and restates each and every response heretofore made with the same force and effect as if the same were set forth fully herein.

4

86-89.   These paragraphs contain Plaintiff's conclusions of law, to which no response is required.  To the extent a response is required, Defendant denies.

90.   This paragraph contains Plaintiff's conclusions of law, to which no response is required.

The remaining paragraphs of the Complaint consist of Plaintiff's requests for relief, to which no response is required.  Defendant denies that Plaintiff is entitled to the relief requested.

\* \* \*

Defendant hereby denies each and every allegation in the Complaint not expressly admitted or qualified above.

## DEFENSES

Defendant reserves its right to amend, alter and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of the litigation.

1.   Plaintiff is not entitled to compel the production of records exempt from disclosure by one or more exemptions of the FOIA, 5 U.S.C. § 552(b).

2.   The Complaint contains material that is irrelevant to this FOIA case and does not comply with Federal Rule of Civil Procedure 8(a)(2), which requires "a short and plain statement of the claim showing that the pleader is entitled to relief."

Dated:  April 16, 2020

                                  Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar # 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendant*