# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA C. SABRA,<br>　　　　Plaintiff<br><br>　　v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br>　　　　Defendant. | Civil Action No. 20-681 (CKK) |

## ORDER
(April 16, 2020)

This case comes before the Court upon the filing of Defendant's Answer to Plaintiff's Complaint. In light of this filing, it is this 16th day of April 2020, hereby

**ORDERED** that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. The schedule should address the status of Plaintiffs' FOIA request, the anticipated number of documents responsive to Plaintiffs' FOIA request, the anticipated date(s) for release of the documents requested by Plaintiffs, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. The parties shall file the schedule not later than **June 1, 2020.**

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge