# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA COUSIN SABRA ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No.: 1:20-cv-681-CKK |
| ) | |
| U.S. CUSTOMS AND BORDER ) | |
| PROTECTION, ) | |
| ) | |
| *Defendant.* ) | |

# ORDER

It is hereby:

**ORDERED** that Plaintiff's [7] Motion for Judgment on the Pleadings is GRANTED; it is further

**ORDERED** that Defendant shall search for, review, and produce all non-exempt agency records responsive to Plaintiff's request on a rolling basis; it is further

**ORDERED** that no later than August 1, 2020, Defendants shall file a status report with the Court informing the Court of the status of Defendant's productions, and the date by which Defendant will complete them. Upon receipt of that report, the Court shall set an appropriate schedule.

**So ordered.**

_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE

1