# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA COUSIN SABRA ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> U.S. CUSTOMS AND BORDER ) <br> PROTECTION, ) <br> ) <br> *Defendant.* ) | Civil Action No.: 1:20-cv-681-CKK <br><br> June 1, 2020 <br> Plaintiff's Status Report |

## [PROPOSED] ORDER

The Court has considered the parties' respective Status Reports and hereby ORDERS as follows:

1. Defendant shall provide responses to Plaintiff's questions regarding search adequacy by no later than **June 15, 2020**, and the parties shall report the progress of their discussions as to search adequacy in their next Joint Status Report.

2. CBP shall confer with Plaintiff regarding her offer to narrow the scope of her request no later than **June 15, 2020**, and the parties shall report the progress of their discussions in their next Joint Status Report.

3. CBP shall plead to all allegations in Plaintiff's Complaint no later than **June 15, 2020**. If it fails to do so or seek aid of the Court, Plaintiff's Unaddressed Allegations should be deemed admitted.

4. The parties shall submit a Joint Status Report no later than July 1, 2020. If the parties cannot reach agreement on their positions, they shall set them forth separately in a single document, rather than filing competing reports.

IT IS SO ODERED this \_\_\_\_ day of June 2020.

_____

Hon. COLLEEN KOLLAR-KOTELLY

UNITED STATES DISTICT JUDGE