UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA COUSIN SABRA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. CUSTOMS AND BORDER ) <br> PROTECTION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 20-0681 (CKK) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's June 3, 2020, Minute Order, defendant respectfully submits this status report for this Freedom of Information Act ("FOIA") case.

When defendant's counsel emailed a version of this report to plaintiff's counsel on August 10, 2020, plaintiff's counsel responded by providing text consisting of plaintiff's legal arguments.[1] Although the June 3, 2020, Minute Order required the parties to file a joint status report, defendant could not agree to plaintiff's proposed text, which again inappropriately includes plaintiff's legal arguments. *See* ECF No. 11, Def. Status Report dated June 1, 2020, at 1, 3 (noting that plaintiff's legal arguments for her anticipated motion and rehashing of her

---

[1]  The proposed text that plaintiff provided contained her legal arguments, including that she is entitled to judgment on the pleadings, her legal conclusion that "up to eight additional months" to complete the agency's "initial production" "violates" the FOIA, and a preview of yet another partial dispositive motion that she intends to file.

arguments for her motion for judgment on the pleadings were inappropriate for a joint status report).[2]

Defendant United States Customs and Border Protection ("CBP") has advised that it completed reviewing 13,883 pages of potentially responsive records during June and that 13,740 of those pages were deemed nonresponsive and 143 pages were released with redactions on June 11, 2020.  CBP further advised that after it received waivers that plaintiff's counsel emailed to defendant's counsel on June 9, 2020, it re-reviewed the responsive pages and released a modified version of those pages on June 23, 2020.

CBP has advised that it completed its review of the three audio records and released redacted versions on July 7, 2020.  CBP has further advised that it completed its review of one video record and released a redacted version on August 10, 2020.

CBP has advised that the only records that remain to be processed are seven video files with associated audio, which consist of a total of 102 minutes of video footage.  CBP further advised that it is possible that some of the footage may be duplicative but it will not be able to ascertain whether any of the footage is a true duplicate until after that footage is fully reviewed and processed.  CBP has advised that the inconsistent quality of the videos significantly affects the time required to apply redactions and that its best current estimate is that it will need between two to eight months to complete its review of the remaining video files.

CBP respectfully requests that the Court permit it to file another status report on or before October 16, 2020, to provide an update regarding the agency's processing of the video files with associated audio.

---

[2]   On August 11, 2020, in the tenth email exchanged regarding this report, defendant's counsel noted that conferral for this status report had ended and that she had to focus on an 11 am telephonic motion hearing and a motion for a temporary restraining order.

Dated: August 12, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Email: Marsha.Yee@usdoj.gov

*Counsel for Defendant*