**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FLETA CHRISTINA C. SABRA, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )   Civil Action No. 1:20-cv-00681-CKK |
| U.S. CUSTOMS AND BORDER PROTECTION, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**JOINT STATUS REPORT**

Plaintiff Fleta Christina C. Sabra and Defendant U.S. Customs and Border Protection (collectively, "parties"), by and through the undersigned counsel, respectfully submit this joint status report pursuant to the Court's September 18, 2020 Minute Order.

On September 23, 2020, Defendant released the remaining video files to Plaintiff.

On October 2, 2020, Defendant produced a draft Vaughn Index to Plaintiff.

On November 12, 2020, Defendant made a supplemental release to Plaintiff of records related to the third party individuals traveling with Plaintiff in September 2015.

The parties intend to meet and confer regarding what, if any aspects of the agency's search or production Plaintiff wishes to challenge and submit a joint status report of their conferrals. Thus, the parties propose that they submit another joint status report on or before December 15, 2020.

1

Dated: November 12, 2020

/s/ R. Andrew Free
R. ANDREW FREE
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959
E-mail: andrew@immigrantcivilrights.com

*Counsel for Plaintiff*

Respectfully Submitted,

Michael R. Sherwin
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
  for the District of Columbia
555 4th St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2561
Facsimile: (202) 252-2599
E-mail: joseph.carilli@usdoj.gov

*Counsel for Defendant*