UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FLETA CHRISTINA C. SABRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:20-cv-00681-CKK<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff Fleta Christina C. Sabra and Defendant U.S. Customs and Border Protection ("CBP") (collectively, "parties"), by and through the undersigned counsel, respectfully submit this joint status report pursuant to the Court's November 12, 2020 Minute Order.

Plaintiff contends CBP's production is incomplete, and its search inadequate. She further contends CBP's withholdings lack adequate legal justification.

Thus, the parties respectfully ask the Court to set the following briefing schedule:

February 17, 2021　Defendant's Motion for Summary Judgment;

March 17, 2021　Plaintiff's Cross-Motion for Summary Judgment and Response to Defendant's Motion for Summary Judgment;

March 31, 2011　Defendant's Reply in Support of Its Motion for Summary Judgment and Response to Plaintiff's Cross-Motion for Summary Judgment; and

April 14, 2021　Plaintiff's Reply In Support of Its Motion for Summary Judgment.

A proposed order is attached.

| | |
|---|---|
| Dated: December 15, 2020 | Respectfully Submitted,<br>Michael R. Sherwin<br>Acting United States Attorney |
| /s/ R. Andrew Free<br>R. ANDREW FREE<br>LAW OFFICE OF R. ANDREW FREE<br>P.O. Box 90568<br>Nashville, TN 37209<br>Telephone: (844) 321-3221<br>Facsimile: (615) 829-8959<br>E-mail: andrew@immigrantcivilrights.com<br><br>*Counsel for Plaintiff* | DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division<br><br>/s/ Joseph F. Carilli, Jr.<br>JOSEPH F. CARILLI, JR.<br>N.H. Bar No. 15311<br>Assistant United States Attorney<br>Civil Division<br>U.S. Attorney's Office<br>  for the District of Columbia<br>555 4th St. N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 252-2561<br>Facsimile: (202) 252-2599<br>E-mail: joseph.carilli@usdoj.gov<br><br>*Counsel for Defendant* |