UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FLETA CHRISTINA C. SABRA,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:20-cv-00681-CKK<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

Having reviewed the parties' joint status report, it is hereby ORDERED that:

1. Defendant's Motion for Summary Judgment is due on February 17, 2021;

2. Plaintiff's Cross-Motion for Summary Judgment and Response to Defendant's Motion for Summary Judgment is due on March 17, 2021;

3. Defendant's Reply in Support of Its Motion for Summary Judgment and Response to Plaintiff's Cross-Motion for Summary Judgment is due on March 31, 2021; and

4. Plaintiff's Reply In Support of Its Motion for Summary Judgment is due on April 14, 2021.

_____                                    _____
Date                                                                        United States District Judge