UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA C. SABRA,  )<br>                                                       )<br>            Plaintiff,                           )<br>                                                       )<br>       v.                                            )      Civil Action No. 1:20-cv-00681-CKK<br>                                                       )<br>U.S. CUSTOMS AND BORDER   )<br>PROTECTION,                               )<br>                                                       )<br>            Defendant.                       )<br>                                                       ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Fleta Christina C. Sabra ("Plaintiff") brought suit against U.S. Customs and Border Protection ("Defendant") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, challenging Defendant's response to Plaintiff's FOIA request.

Defendant has satisfied all its obligations with respect to Plaintiff's request. Plaintiff conducted an adequate search for the responsive records and lawfully withheld records under FOIA Exemptions (b)(5), 5 U.S.C. § 552(b)(5), (b)(6), 5 U.S.C. § 552(b)(6), and (b)(7)(C), (E), (F), 5 U.S.C. § 552(b)(7)(C), (E), (F). As there are no material facts in dispute, Defendant respectfully moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment as to all claims asserted.

The memorandum of points and authorities, statement of material facts not in genuine dispute, and the supporting declaration and exhibit thereto, establish that Defendant is entitled to the relief it seeks.

Dated: March 10, 2021

Respectfully Submitted,

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
 for the District of Columbia
555 4th St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2561
Facsimile: (202) 252-2599
E-mail: joseph.carilli@usdoj.gov

*Counsel for Defendant*