UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA C. SABRA, </br></br> Plaintiff, </br></br> v. </br></br> U.S. CUSTOMS AND BORDER PROTECTION, </br></br> Defendant. | Civil Action No. 1:20-cv-00681-CKK |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(h), Defendant U.S. Customs and Border Protection ("CBP") respectfully submits this Statement of Material Facts Not in Genuine Dispute in support of Defendant's Motion for Summary Judgment.

1. Plaintiff's Request. On May 5, 2017, Plaintiff Fleta Christina C. Sabra submitted her Freedom of Information Act ("FOIA") request to CBP, seeking all records pertaining to the encounter between plaintiff and CBP officials on or about September 11–12, 2015 at the Otay Mesa or San Ysidro ports of entry. Decl. of Patrick A. Howard (Mar. 9, 2021) ¶ 7, Ex. A.

2. Search. In response to Plaintiff's request, CBP conducted a search for responsive records. *Id.* ¶ 7.

3. Search Results. CBP identified 430 pages, 3 audio files, and 8 video files. *Id.* ¶ 8.

4. Results of Processing. CBP determined that Plaintiff had 24 pages of the documents in her possession., and on multiple dates: May 29, 2020, June 11, 2020, June 23, 2020, August 7, 2020, September 23, 2020, and November 12, 2020, CBP released 395 pages, 3 audio files, and 8

video files in part, withholding certain information under 5 U.S.C. § 552(b)(6), (b)(7)(C), (b)(7)(E), and (b)(7)(F), and withheld 11 pages in full under 5 U.S.C. § 552(b)(5). *Id.* ¶ 8, Ex B.

5. Segregability. CBP conducted a segregability analysis, releasing all reasonably segregable, non-exempt responsive records to Plaintiff. *Id.* ¶ 39.

Dated: March 10, 2021

Respectfully Submitted,

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
 for the District of Columbia
555 4th St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2561
Facsimile: (202) 252-2599
E-mail: joseph.carilli@usdoj.gov

*Counsel for Defendant*