UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA COUSIN SABRA ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> U.S. CUSTOMS AND BORDER ) <br> PROTECTION, ) <br> ) <br> *Defendant.* ) | Civil Action No.: 1:20-cv-681-CKK |

**PLAINTIFF'S LCvR 7(H)(2) STATEMENT**

Pursuant to Fed. R. Civ. P. 56 and LCvR 7(h), Plaintiff Fleta Christina Cousin Sabra ("Plaintiff") respectfully submits this Response to CBP's Statement of Material Facts, ECF No. 24-2:

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Undisputed that CBP invoked the stated FOIA exemptions in its withholdings. Disputed that such withholdings were factually or legally justified.

5. Undisputed that CBP conducted a segregability analysis. Disputed as a factual matter that the agency released all reasonably segregable, non-exempt responsive records.

Plaintiff Specifically objects to the legal conclusions contained in Paragraphs 4 and 5 pursuant to *Robertson v. American Airlines*, 239 F. Supp. 2d 5 (D.D.C. 2002).

Plaintiff provides the following additional facts which she contends are material and about which there is a genuine dispute that precludes summary judgment in Defendant's favor:

1

1. CBP produced a document it identified as E-Mail File 13. Ex. 1 – E-Mail File 13 – Redacted.

2. Email 13 contains an email exchange from at least one of the five CBP officers tasked with searching for responsive documents. Ex. 1; Howard Decl. ¶ 7.

3. The "To" and "CC" fields of Email 13 appear to contain more than five recipients. Ex. 1.

Dated:  April 21, 2021               Respectfully submitted,

/s/ Sarah B. Pitney
Sarah B. Pitney
DC Bar # 229744
Benach Collopy LLP
4530 Wisconsin Ave. NW, Ste. 400
Washington, DC 20016
202.644.8600
spitney@benachcollopy.com