Printed Item 1469

| | |
|---|---|
| From: |  |
| To: | |
| Cc: | |
| Bcc: | |
| Subject: | RE: CBPO (b) (6), (b) (7)(C) |
| Date: | Sat Sep 26 2015 02:01:53 EDT |
| Attachments: | (b) (6), (b) (7)(C), (b) (7)(F) |

Attached you will find the memo.

(b) (6), (b) (7)(C)

From: (b) (6), (b) (7)(C)
Sent:                        015 5:37 PM
To: (b) (6), (b) (7)(C)
Cc:
Subject: FW: CBPO (b) (6), (b) (7)(C)

Please prepare and forward the requested Incident Report for Supervisor (b) (6), (b) (7)(C)

Thank you

(b) (6), (b) (7)(C)

CBP Branch Chief

Otay Mesa, CA

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

From: (b) (6), (b) (7)(C)
Sent: Thursday, September 24, 2015 4:28 PM
To: (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)
Cc: (b) (6), (b) (7)(C)
Subject: CBPO (b) (6), (b) (7)(C)

BC's:

Good afternoon. On 09/12/15, CBPO (b) (6), (b) (7)(C) was given an overtime assignment with the AEU (0000-0430). During that assignment there was a group of Syrians that applied for amnesty. Can we request to have CBPO (b) (6), (b) (7)(C) provide an Incident Report for that encounter? Thank you.

V/r,

(b) (6), (b) (7)(C)

Printed Item 1471

| From: | (b) (6), (b) (7)(C), (b) (7)(E) |
| To: | |
| Cc: | |
| Bcc: | |
| Subject: | Incident reports needed |
| Date: | Fri Sep 25 2015 04:01:23 EDT |
| Attachments: | image001.jpg |
| | image002.gif |

On 09/12/2015, there were (b) (6), (b) (7)(C), (b) (7)(F) that were processed in the AEU at approximately 0220. SCBPO (b) (6), (b) (7)(C) needs Incident Reports from you concerning your involvement in this. Please complete and turn them into Ops ASAP.


Thaanks,


(b) (6), (b) (7)(C)

San Ysidro Port of Entry Branch Chief

Pursuit Program Chief

720 E. San Ysidro Blvd.

San Ysidro, California 92173

Office:       (b) (6), (b) (7)(C)

Blackberry:  (b) (6), (b) (7)(C)

Email:        (b) (6), (b) (7)(C)

WARNING:  This document is LAW ENFORCEMENT SENSITIVE and is designated FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act

(5 USC 552).  This document is to be controlled, handled, distributed and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information, and is not to be released to the public, other agencies or personnel who do not have a valid "need-to-know" without prior approval from the sender at the telephone numbers listed above.

Printed Item 1474

| | |
|---|---|
| From: | **(b) (6), (b) (7)(C), (b) (7)(E)** |
| To: | |
| Cc: | |
| Bcc: | |
| Subject: | FW **(b) (7)(E)** |
| Date: | Thu Sep 24 2015 21:12:06 EDT |
| Attachments: | Appendix D.PDF |
| | image001.jpg |
| | image003.jpg |
| | image011.jpg |
| | image012.jpg |
| | image013.jpg |
| | image015.jpg |
| | image017.jpg |
| | **(b) (7)(E)** PDF |

Reference the earlier request.

From: **(b) (6), (b) (7)(C)**
Sent: Thursday, September 24, 2015 4:31 PM
To: **(b) (6), (b) (7)(C)**
**(b) (6), (b) (7)(C)**
Cc: **(b) (6), (b) (7)(C)**
Subject: FW: **(b) (7)(E)**

BC's:

This is the **(b) (7)(E)** regarding the requested Incident Report from CBPO **(b) (6), (b) (7)(C)**

V/r,

**(b) (6), (b) (7)(C)**

From **(b) (6), (b) (7)(C)**
Sent: Thursday, September 24, 2015 1:35 PM
To: **(b) (6), (b) (7)(C)**
**(b) (6), (b) (7)(C)**
Subject: FW: **(b) (7)(E)**

Respectfully,

(b) (6), (b) (7)(C)

Supervisory Customs and Border Protection Officer

Admissibility Enforcement Unit

Otay Mesa/San Ysidro Port of Entry

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

From (b) (6), (b) (7)(C)
Sent: Thursday, September 24, 2015 1:33 PM
To: (b) (6), (b) (7)(C)
Subject (b) (7)(E)

Good Afternoon,

I have attached a scanned copy of (b) (7)(E) which identifies all subjects involved in this case.

I have also attached scanned copies of two Appendix Ds that I was able to locate.  It appears that two subjects were fingerprinted around 0500 hrs according to (b) (7)(E) Transaction ID.

COUSIN SABRA, Fleta Christina

Driver: ALLOUSH, Shero A