# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA C. SABRA,<br>　　　Plaintiff,<br>　v.<br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION,<br>　　　Defendant. | Civil Action No. 20-681 (CKK) |

## ORDER
(March 14, 2022)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **DENIES WITHOUT PREJUDICE** Defendant's Motion for Summary Judgment as to the adequacy of Defendant's search for records responsive to Plaintiff's FOIA request. At this time, the Court will not address the remaining issues pertaining to withholdings and redactions.

The Court **ORDERS** Defendant to file a Status Report by no later than **MARCH 31, 2022**, indicating how it intends to proceed with either (1) conducting additional searches and a proposed date for their completion; or (2) supplementing the information provided to the Court and renewing its motion for summary judgment.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge