## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA C. SABRA,<br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES CUSTOMS AND BORDER<br>PROTECTION,<br>            Defendant. | Civil Action No. 20-681 (CKK) |

## ORDER
(November 4, 2025)

Through their [50] Status Report, Plaintiff has informed the Court that their prior counsel, Mr. R. Andrew Free, Esq., will be seeking attorney fees from Defendant. Plaintiff consents to Mr. Free's pursuit of attorney fees. Accordingly, the Court ORDERS the following briefing schedule:

- Mr. Free's counsel shall enter their appearance on or before December 4, 2025;

- Mr. Free's counsel shall file briefing in support of awarding attorney's fees to Plaintiff's counsel on or before February 4, 2026;

- Defendant shall file any opposition on or before February 18, 2026; and

- Mr. Free's counsel shall file any reply to Defendant's opposition on or before February 25, 2026.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge