AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| FLETA CHRISTINA SABRA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-681-CKK |
| US CUSTOMS AND BORDER PROTECTION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Free                                                                           .

Date:   11/11/2025

/s/ Daniel Melo
*Attorney's signature*

Daniel Melo NC 48654
*Printed name and bar number*

The Melo Law Firm
2920 Forestville Rd
STE 100, PMB 1192
Raleigh, NC 27616
*Address*

dan@themelolawfirm.com
*E-mail address*

(919) 348-9213
*Telephone number*

*FAX number*

Print    Save As...    Reset