UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA C. SABRA, Plaintiff, v. U.S. CUSTOMS AND BORDER PROTECTION, Defendants. | Case No. 20-681 (CKK) PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS |

Plaintiff, under Civil Rule 54(d)(2) and 5 U.S.C. § 552, hereby moves the Court to award her attorney, Mr. Free, fees for 40.85 hours of work at $554 per hour in 2020 and $780 per hour in 2025, and costs of $972.42. In addition, Plaintiff requests "fees on fees" for the undersigned's .4 hours of work at $723 an hour in 2025 and 9.7 hours of work on this case at $738 an hour. The combined total of attorney fees is $30,079.12.

On March 9, 2020, Plaintiff filed the instant suit seeking relief from this Court after her FOIA to Customs and Border Protection (CBP) had been pending with the agency for nearly 3 years. *See* ECF No. 1 at 9-10. It was only after the instant suit and a subsequent motion for judgment on the pleadings (ECF No. 7) that the agency acknowledged that it had completed its search, and it may need more time to process the records, video, and audio recordings. Subsequently, CBP's search yielded over 430 pages of responsive records, as well as a number of audio and video files. This Court denied Defendant's first motion for summary judgment for failing to carry its burden of performing an adequate search. *See* ECF No. 32. Thus, as it relates to Counsel Andrew Free, Plaintiff substantially prevailed up to

1

and including March 14, 2022, and should be awarded attorney fees. Undersigned Counsel contacted Defendant's counsel on November 19th and 20th, 2025, and again on December 8th, 2025, in attempts to settle the issue of attorney fees, but to date, has not received any meaningful response from Defendant.

The undersigned also contacted opposing counsel on January 5, 2026, to determine whether there is any opposition to this motion, but to date, Defendant has not responded.

Date: February 2, 2026

Respectfully submitted,

By: /s/ Daniel Melo
Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Bono Counsel For Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted this the 2nd of February, 2026.

By: /s/ Daniel Melo