# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA C. SABRA,<br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br>　　　　　Defendants. | Case No. 20-681 (CKK) |

### DECLARATION OF ANDREW FREE

I, Andrew Free, do hereby state and declare as follows:

　　1.　　I was the attorney of record for the Plaintiff in the above-captioned matter. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

　　2.　　I am duly licensed to practice law in the State of Tennessee and a member in good standing.. Until April 19, 2021, I served as lead counsel of record for Plaintiff in this action. While counsel of record, I worked on this matter from the filing of the complaint before the District Court through the 20th Joint Status Report. I am familiar with the arguments made and the time spent on this litigation. I am also personally familiar with the billing practices of my private practice.

　　3.　　I submit this declaration as evidence of the fee amount I seek for litigating this case based on the Fitzpatrick Matrix.[1]

---

[1] *See* https://www.justice.gov/usao-dc/media/1395096/dl?inline.

1

## ATTORNEY QUALIFICATIONS

4. I am the managing attorney of the Law Office of R. Andrew (LORAF), which I founded in September 2013. I also served as Of Counsel to Barrett Johnston Martin & Garrison from 2013 to 2015. I am a *summa cum laude* graduate of Kennesaw State University and a 2010 graduate of Vanderbilt University Law School, where I served on the Moot Court Board and received the Bennet Douglas Bell Memorial Prize. Prior to founding LORAF, I worked as litigation counsel at Ozment Law. My practice has been primarily focused on defending and advancing the rights of immigrants, workers, and marginalized communities. A copy of my current CV is attached as Exhibit A.

5. Particularly relevant to this litigation, in 2017, I founded advisor to the #DetentionKills Transparency Initiative,[2] which is now a project of the binational immigrant and refugee rights non-profit organization Al Otro Lado.[3] #DetentionKills has conducted or advised partners in conducting nearly two dozen investigations into in-custody deaths of migrants in the U.S. public records requests, and litigation has been integral to these efforts to secure transparency, accountability, and closure for the families and communities who have lost loved ones in immigration detention. As Interim Director of the Transparency Initiative, I currently supervise a Transparency Fellow, organize regular transparency skills trainings for immigration advocates and litigators supporting them, speak and

---

[2] https://detentionkills.com/
[3] https://www.alotrolado.org/our-programs/#litigation

2

publish on issues of transparency law and practice, and provide on-demand technical assistance to journalists, researchers, academics, organizers, attorneys, lawmakers, and people in motion. Since May 2019, #DetentionKills has filed more than 150 Freedom of Information Act requests, frequently providing guidance to practitioners based on the government's response or, more often, its silence.

6. I am a past member of the American Immigration Lawyers Association Federal Court Litigation Steering Committee, the National Immigration Project of the National Lawyers Guild, the American, Federal Tennessee, and Nashville Bar Associations. I am also a past President and Vice President of the American Bar Association's Individual Rights and Responsibilities Section – Committee on the Rights of Immigrants. I have extensive experience litigating FOIA cases and assisting requestors and litigators with obtaining public records from immigration agencies and the contractors who support their mission.

## REASONABLENESS OF HOURS

7. On May 5, 2017, Plaintiff submitted a FOIA request on her own behalf to Defendant Customs and Border Protection (CBP), seeking, *inter alia*, any and all documents within its possession regarding Defendant's stop and detention of her at the border. CBP did not timely respond to this FOIA request, nor did the agency produce any records in response. On March 9, 2020, Plaintiff initiated this action in the District of Columbia by filing a complaint pursuant to 5 U.S.C. § 552 *et seq*.

8. After extensive conferral between Plaintiff and Defendant, numerous record productions by Defendants, Joint Status Reports, and a hearing, this Court

ordered opposing counsel to confer with CBP to obtain additional information on the search conducted in response to Plaintiff's FOIA request. The Court also required Defendant to provide a better estimate for the timeline for redaction of video responsive to Plaintiff's request "as 2-8 months is not a reasonable timeline." *See* Aug. 21, 2020 Minute Order.

9. The refusal of Defendant's first counsel to meet and confer regarding the issues in this case needlessly prolonged its resolution and necessitated a significant amount of legal work, including hearing prep and motions practice, that is generally unnecessary in FOIA cases I have previously litigated in this and other Districts.

10. My client in this case used the records we obtained from CBP—including internal communications, investigative materials, witness statements, and video—to help her organization and the individuals they serve better understand the process of presenting claims for fear-based protection from relief at US Ports of Entry. The materials CBP was forced to release as a result of this litigation have also been shared with journalists, legal services organizations, and policymakers for the purposes of educating and informing on the subject of CBP secondary inspection and detention of US legal workers who establish their US citizenship. Finally, as a result of being able to view portions of the video CBP released, Plaintiff has been able to have better-informed and corroborated conversations with her care team treating her for the injuries she alleges she

4

suffered during the multi-hour ordeal she and the Syrian asylum-seekers suffered at the Otay Mesa Port of Entry on the night in question.

11. The video Plaintiff obtained through this litigation is rarely secured and made available to the public. I am aware of only a handful of other instances in which audio and video recordings of detention areas and secondary inspection have been obtained through FOIA litigation.

12. During the course of FOIA and other fee-shifting litigation, I keep a contemporaneous record of my time expended, broken down in tenths of an hour.

13. Attached to this declaration as Exhibit B are summaries of the time and fees incurred for litigating this case before substitution of counsel occurred on behalf of Plaintiff. The daily summaries list time by me through November 12, 2020, when I withdrew my appearance in this matter.

14. Listed below are the total hours worked and fees incurred by my office. The tables below accurately summarize the time entries set forth in Exhibit A. Fees for Plaintiff during the litigation below:

| Year | Attorney | Rate | Hours | Total |
| --- | --- | --- | --- | --- |
| 2020 | R. Andrew Free | $554 | 39.35 | $21,608.92 |
| 2025 | R. Andrew Free | $780 | 1.5 | $1,170.00 |

**REASONABLENESS OF RATES**

5

15. The rates above are based on the Fitzpatrick Matrix produced by the U.S. Department of Justice. *Available at* [https://www.justice.gov/usao-dc/media/1395096/dl?inline](https://www.justice.gov/usao-dc/media/1395096/dl?inline).

16. These fees are divided among the tasks during the litigation as detailed in Exhibit A.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This, the 2nd day of February, 2026.               Respectfully submitted,

                                                                    By: /s/ Andrew Free

# EXHIBIT A
# To Free Declaration

Attorney Andrew Free Timesheet and Costs (Sabra v. CBP)

| Total Hrs | 40.85 | | | Matrix / Year | 2020 | 2025 |
|---|---|---|---|---|---|---|
| $ (Fitzpatrick) | $22,778.92 | | | | | |
| | | | | Fitzpatrick | $554 | $780 |
| Date | Hrs | Activity | Activity Description | Fitzpatrick | | |
| | | | | | | |
| | | | | | | |
| 3/9/2020 | 0.3 | Legal Drafting | Drafting Civil Cover Sheet | $166.20 | | |
| 3/9/2020 | 0.5 | Legal Drafting | Drafting Summons to 3 defendant recipients | $277.00 | | |
| 3/9/2020 | 3.1 | Legal Drafting | Finalizing Complaint draft, copy edit, and gap-checking | $1,717.40 | | |
| 3/9/2020 | 0.5 | Legal Filing | Filing Complaint, Civil Cover Sheet, Summons (DE1) | $277.00 | | |
| 3/9/2020 | 0.2 | Client Communication | Sending Pl file-stamped copies of Complaint & explaining next steps | $110.80 | | |
| 3/9/2020 | - | Expense | Federal Court Filing Fee - $400 | $400.00 | | |
| 3/10/2020 | 0.2 | Review & Analysis | Reviewing Case Assignment (CKK) & Case Initiating Documents - Electronic Summons + Notice & Consent (DE2) | $110.80 | | |
| 3/10/2020 | 1 | Mail Correspondence | Printing case opening documents, preparing mailers, certified mail, return receipt forms, and sending service packages to 3 defendant receipients via USPS | $554.00 | | |
| 3/10/2020 | - | Expense | Certified Mail / Return Receipt Expense for Service Packages - $18.42 | $18.42 | | |
| 3/19/2020 | 0.5 | Review & Analysis | Reviewing Order Establishing Procedureds for Cases Assigned to Judge CKK (DE3) | $277.00 | | |
| 3/19/2020 | 0.3 | Research | Reading Judge CKK bio, website, and case procedures | $166.20 | | |
| 3/19/2020 | 0.8 | Legal Research | Researching Judge CKK significant FOIA decisions on timing/delay | $443.20 | | |
| 3/19/2020 | 0.2 | Legal Research | Researching other DHS/CBP cases assigned to Judge CKK | $110.80 | | |
| 3/23/2020 | 0.1 | Review & Analysis | Reviewing Entry of Appearance of AUSA Yee for CBP (DE4) | $55.40 | | |
| 3/23/2020 | 0.5 | Research | Researching other DHS/CBP / FOIA cases in which AUSA Yee serves as counsel in DDC | $277.00 | | |
| 4/16/2020 | 1.1 | Review & Analysis | Reviewing and analyzing CBP Answer to Complaint (DE5), noting admissions and failures to deny material facts in separate table, and identifying items for conferral | $609.40 | | |
| 4/16/2020 | 0.5 | Review & Analysis | Reviewing Meet & Confer order by Judge CKK and calendaring associated deadline (6/1/2020) (DE6) | $277.00 | | |

| Total Hrs | 40.85 | | | Matrix / Year | 2020 | 2025 |
|---|---|---|---|---|---|---|
| $ (Fitzpatrick) | $22,778.92 | | | | | |
| 4/16/2020 | 1.2 | Legal Drafting | Researching standard for Judgment on the Pleadings in DDC and searching cases in which courts (incl Judge CKK) applied the standard in FOIA caess) | $664.80 | | |
| 4/20/2020 | 2.8 | Legal Drafting | Drafting Motion for Judgment on the Pleadings - legal standard section & analysis langauge | $1,551.20 | | |
| 4/23/2020 | 1.7 | Legal Drafting | Revising & Editing MJOP memo | $941.80 | | |
| 4/24/2020 | 1.6 | Legal Drafting | Reviewing correspondence and conferral obligations in DDC Local Rules for motions practice to revise & edit MJOP | $886.40 | | |
| 5/21/2020 | 0.5 | Legal Drafting | Final revision & edit of MJOP + drafting proposed order | $277.00 | | |
| 5/21/2020 | 0.5 | Legal Filing | Filing Motion for Judgment on the Pleadings, Memo in Support, and Proposed order (DE7) | $277.00 | | |
| 5/22/2020 | 0.3 | Review & Analysis | Reviewing & Calendaring deadlines inMinute Order by Judge CKK requiring CBP to file response on or before June 4, 2020, and Pl. to file reply on or before Jun 15, 2020. | $166.20 | | |
| 5/29/2020 | 1.9 | Review & Analysis | Reviewing CBP May 29 1st Interim Release (105pp) | $1,052.60 | | |
| 5/29/2020 | 0.1 | Review & Analysis | Reviewing & saving CBP's unopposed mtn for ext of time to file response to MJOP (DE8) | $55.40 | | |
| 5/29/2020 | 0.2 | Client Communication | Sharing CBP release w Pl & #ACP# requesting any thoughts on missing/incomplete records# | $110.80 | | |
| 6/1/2020 | 0.2 | Legal Filing | Filing Pl's Status report (DE9) | $110.80 | | |
| 6/1/2020 | 0.1 | Review & Analysis | Reviewing Judge CKK ORDER granting CBP Mtn for Ext of time to respond to MJOP (DE10) | $55.40 | | |
| 6/1/2020 | 0.5 | Review & Analysis | Reviewing, analyzing, and saving CBP Status Report (DE11) | $277.00 | | |
| 6/3/2020 | 0.4 | Review & Analysis | Reviewing, analyzing, and calendaring Judge CKK MINUTE ORDER requiring JOINT status report on or before Aug. 1, 2020, and ordering CBP to "continue to process and produce non-exempt, responsive records." Noting Court's recognition of CBP difficulty processing A/V files. | $221.60 | | |
| 6/3/2020 | 1.5 | Legal Drafting | Drafting conferral letter to AUSA Yee identifying issues requiring conferral and resolution and setting forth proposed response dates & emailing same to AUSA Yee | $831.00 | | |
| 6/9/2020 | 0.6 | Legal Drafting | Drafting and editing follow-up letter to AUSA Yee regarding prior letter and proposed course of action going forward & emailing same. | $332.40 | | |

| Total Hrs | 40.85 | | | Matrix / Year | 2020 | 2025 |
|---|---|---|---|---|---|---|
| $ (Fitzpatrick) | $22,778.92 | | | | | |
| 6/11/2020 | 2 | Review & Analysis | Reviewing & documenting potential redaction / search adequacy issues in CBP Second Interim Release (89 pp + 2 email strings) | $1,108.00 | | |
| 6/11/2020 | 0.2 | Client Communication | Emailing client copies of CBP's second release and seeking input on potential search adequacy issues | $110.80 | | |
| 6/11/2020 | 0.4 | Legal Drafting | Drafting and editing third follow-up letter to AUSA Yee re conferral obligations | $221.60 | | |
| 6/16/2020 | 1.1 | Legal Drafting | Researching and drafting fourth follow-up letter to AUSA Yee re need to confer | | | |
| 6/18/2020 | 1.5 | Review & Analysis | Reviewing & analyzing CBP opp to MJOP (DE12) based on ripeness/mootness | $831.00 | | |
| 6/20/2020 | 0.4 | Legal Drafting | Drafting Reply to CBP MJOP Opp Memo | $221.60 | | |
| 6/22/2020 | 1.7 | Legal Research | Researching & incorporating into reply memo analysis mootness/ripeness cases in FOIA | $941.80 | | |
| 6/23/2020 | 0.2 | Legal Filing | Filing Pl's Reply Memo ISO MJOP (DE7) | $110.80 | | |
| 8/12/2020 | 0.1 | Review & Analysis | Reviewing Status Report filed by AUSA Yee (DE14) | $55.40 | | |
| 8/12/2020 | 0.4 | Legal Filing | Filing Pl's Status Report (DE15) and attachments | $221.60 | | |
| 8/12/2020 | 1.4 | Email | Exchanging emails (7) with Civil Chief of DDC USAO informing him of Pl's intent to seek a status conference based on the representations in Status report pertaining to the refusal of the government to meet and confer in good faith | $775.60 | | |
| 8/13/2020 | 0.3 | Email | Drafting and emailing Civil Chief Van Horn re inaccessibility of AUSA Yee's line supervisor and need for the government's position on request for a teleconference with the Court | $166.20 | | |
| 8/14/2020 | 0.1 | Email | Reviewing email from Mr. Van Horn re AUSA Hudak being the filler for Ms. Cole as line supervisor of AUSA, reaching out to Mr. Hudak | $55.40 | | |
| 8/19/2020 | 0.2 | Review & Analysis | Reviewing, analyzing, and calendaring videoconference set via Judge CKK MINUTE ORDER for August 21, 2020, to discuss scheduling and production matters, and reviewing instructions for joining video conference. | $110.80 | | |
| 8/20/2020 | 1.5 | Hearing Prep | Preparing for August 21 hearing by reviewing all filings and correspondence, authorities discussed in motion, response, and reply, and CKK orders in FOIA cases | $831.00 | | |

| Total Hrs | 40.85 | | | Matrix / Year | 2020 | 2025 |
|---|---|---|---|---|---|---|
| $ (Fitzpatrick) | $22,778.92 | | | | | |
| 8/21/2020 | 0.75 | Attend Hearing (Remote) | Preparing for and attending hearing with Judge CKK, noting rulings and positions taken by AUSA Yee on CBP's behalf. | $415.50 | | |
| 8/21/2020 | 1 | Client Communication | Conferencing with Pl regarding outcome of hearing, next steps, and what to expect September 4. Responding to client questions regarding #ACP# video and additional records expected but not provided. #ACP# | $554.00 | | |
| 8/21/2020 | 0.5 | Review & Analysis | Review, analyzing, and calendaring Judge CKK MINUTE ORDER re outcome of hearing, specifically noting court-ordered obligations on each party, as well as Sept. 4 deadline for CBP. Noting MJOP held in abeyance. | $277.00 | | |
| 9/2/2020 | 0.1 | Review & Analysis | Reviewing Notice substituting AUSA Carilli for AUSA Yee (DE16) | $55.40 | | |
| 9/4/2020 | 0.4 | Phone Call | Call with AUSA Carilli re CBP Production timeline and next steps | $221.60 | | |
| 9/4/2020 | 0.4 | Review & Analysis | Reviewing, analyzing, and calendaring Defendant's timeline for release of records (DE17) | $221.60 | | |
| 9/4/2020 | 0.1 | Client Communication | Notifying Pl of current status of litigation & expected next steps | $55.40 | | |
| 9/18/2020 | 0.1 | Review & Analysis | Reviewing filed JSR & saving (DE18) | $55.40 | | |
| 9/18/2020 | 0.2 | Review & Analysis | Reviewing & Calendaring deadlines in Judge CKK MINUTE ORDER re Oct. 1 draft Vaughn submission deadline and Nov. 12, 2020 JSR deadline | $110.80 | | |
| 11/12/2020 | 0.1 | Review & Analysis | Reviewing, analyzing, and saving JSR filed by AUSA Carilli (DE19) | $55.40 | | |
| 11/12/2020 | 0.2 | Review & Analysis | Reviewing & calendaring deadline for 12/15/2020 JSR in Judge CKK MINUTE ORDER | $110.80 | | |
| 11/12/2020 | 0.1 | Client Communication | Notfiying Pl of current case status and upcoming decision points re redactions | $55.40 | | |
| 11/8/2025 | 1.5 | Review & Analysis | Reviewing & Analyzing billing records to ascertain entries reasonably related to portions of the case on which Plaintiff is a prevailing party and transmitting same to Mr. Melo | $1,170.00 | | |