# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA C. SABRA,<br>　　　　Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br>　　　　Defendants. | Case No. 20-681 (CKK) |

## DECLARATION OF DANIEL MELO

I, Daniel Melo, do hereby state and declare as follows:

1. I am the sole attorney of the Melo Law Firm, PLLC, and serve as pro bono counsel on behalf of Ms. Sabra and her former counsel, Andrew Free, for the purpose of seeking fees on behalf of Mr. Free for his time worked on the case. I submit this declaration in support of Plaintiff's Motion for Attorney's Fees and Costs for Mr. Free's time worked on the case. All statements made herein are true and based on my personal knowledge.

2. I have been licensed to practice law by the Supreme Court of North Carolina since 2015 and am a member in good standing. I am admitted to this court. My time litigating this case was from November 2025 through the present.

3. I maintain detailed and contemporaneous records of my billable hours in six-minute increments for my time worked on the above-captioned case. I was responsible for the preparation of the billing statement submitted in support of this motion. I submit this declaration as evidence of the amount I seek for litigating the motion for attorney fees based on the *Fitzpatrick* Matrix rate.

## ATTORNEY QUALIFICATIONS

4. I am the managing attorney of the Melo Law Firm, PLLC, which I founded in September of 2025. I am a *summa cum laude* graduate of Pfeiffer University and a *magna cum laude* graduate of the Charlotte Law School, where I served on the Moot Court Honor Board and the school's Law Review. Prior to founding the Melo Law Firm, I worked in the legal nonprofit sector, representing, defending, and advocating for the noncitizen community. This experience includes time at the Amica Center for Immigrant Rights (formerly CAIR Coalition), the North Carolina Center for Justice, and the U.S. Committee for Immigrants and Refugees.

5. Particularly relevant to this litigation, while at Amica Center, I litigated exclusively in federal district and circuit courts on behalf of noncitizens in detention, including class actions, as well as prescient FOIA litigation related to that population. This includes time spent litigating FOIA cases, ranging from obtaining records for individual noncitizens in detention to large policy and informational FOIAs seeking transparency around DHS policies and procedures. Currently, litigating FOIA requests is my sole practice area, where I continue to assist individuals, nonprofits, and journalists with obtaining records from immigration agencies.

6. I am a current member of the American Immigration Lawyers Association and, as recently as July 2025, was a speaker at the national conference on FOIA and litigating FOIA requests.

## REASONABLENESS OF HOURS

7. On November 11, 2025, I entered an appearance on behalf of Plaintiff for the purpose of seeking attorney fees for the time counsel Andrew Fee worked on the instant litigation.

8. I used the *Fitzpatrick* Matrix rates to calculate my total lodestar for work on this matter as published by the U.S. Attorney's Office for the District of Columbia, Civil Division. As explained in the U.S. Attorney's materials, this matrix was developed to provide "a reliable assessment of fees charged for complex federal litigation in the District [of Columbia], at the United States Court of Appeals for the District of Columbia urged. *DL v. District of Columbia*, 924 F.3d 585, 595 (D.C. Cir. 2019)." *See* The Fitzpatrick Matrix, Department of Justice (last updated December 2, 2025).[1]

9. I reviewed my billing notes prior to submission in order to ensure that they were complete and accurate and made any small edits necessary to ensure accuracy and clarity and to facilitate this Court's review.

10. Listed below are the total hours worked and fees incurred by my office. The tables below accurately summarize the time entries set forth in Melo Bill of Costs, attached as Exhibit A. Fees for Plaintiff during the litigation below:

| Year | Attorney | Rate | Hours | Total |
|---|---|---|---|---|
| 2025 | Daniel Melo | $723 | .4 | $289.20 |

---

[1] Available at https://www.justice.gov/usao-dc/media/1395096/dl?inline.

| 2026 | Daniel Melo | $738 | 9.7 | $7158.60 |

## REASONABLENESS OF RATES

11.     In preparing the bill of fees and costs, I adjusted the lodestar amount based on the specific nature of this case as well as general principles of billing judgment. I also reviewed the billing records and excluded certain hours to ensure a fair allocation of time and prevent any duplicate or unnecessary billing.

12.     On November 19, 2025, undersigned counsel contacted counsel for the government in an attempt to confer and potentially settle the issue of attorney fees. That same day, Defendant's counsel responded, offering dates to speak on December 1st-5th of 2025. On November 20th, I offered dates and hours to attempt to book time to discuss settlement. Having heard nothing back, I again contacted opposing counsel on December 8th and again on January 5th. I have not heard back from opposing counsel since November 19, 2025.

13.     Based on the billing records compiled in this matter, I spent 10.1 hours working to recover fees on behalf of the Plaintiff and Mr. Free, including review of the record, attempted negotiations with opposing counsel, and drafting and filing the attorney fee motion. *See id*. For 2025, the *Fitzpatrick* rate for an attorney with 10 years of practice is $723. While the U.S. Attorney's Office has not published the 2026 *Fitzpatrick* rate, I utilized the eleventh year of practice rate in the 2025 Matrix of $738 for my work done in 2026, an amount likely to be less than the published 2026 *Fitzpatrick* rate.

14. Based on the final billing records and applicable *Fitzpatrick* rate, I calculated a reasonable total lodestar amount of $7300.20 for fees-on-fees litigation. *See* Ex. A.

I declare under penalty of perjury that the foregoing is true and correct.

This, the 2nd day of February 2026.     Respectfully submitted,

By: /s/ Daniel Melo
Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Bono Counsel For Plaintiffs*

# EXHIBIT A
# To Melo Declaration

**Daniel Melo Attorney Time, Costs, and Other Expenses (Sabra v. CBP)**

| Date (2025) | Activity | Description | Hours ($723 per hour)[1] | Expenses |
|---|---|---|---|---|
| 11/8/25 | Discuss | Settlement of attorney's fees with Mr. Free | .2 | |
| 11/11/25 | File | Notice of appearance on behalf of Mr. Free and Plaintiff | .2 | |
| | | | | |
| | | Total Hours: | 0.4 | |
| | | Total Fees: | $289.2 | |
| | | | | |
| | | | | |

| Date | Activity | Description | Hours ($738 per hour)[2] | Expenses |
|---|---|---|---|---|
| 1/5/26 | Draft | Motion for Attorney's fees on behalf of Mr. Free | .3 | |
| 1/5/26 | Draft | Memorandum regarding attorney fees to accompany motion | 1.2 | |
| 1/6/26 | Research | FOIA fee award cases in the D.C. Cir. | .5 | |
| 1/6/26 | Draft | Additional sections of attorney fee memorandum. | 1.3 | |
| 1/7/26 | Research | Additional FOIA fee award cases outside of D.C. | .7 | |
| 1/20/26 | Drafting | Additional sections of the attorney fees memorandum | 1 | |
| 1/20/26 | Review | Attorney fee motions from other DDC cases | .3 | |
| 1/21/26 | Research | DC attorney fee declarations and review the Fitzpatrick matrix | .2 | |
| 1/21/26 | Draft | Melo attorney fee declaration | .8 | |

---

[1] Rate taken from U.S. Attorney's Office's publication of the Fitzpatrick Matrix, available at https://www.justice.gov/usao-dc/page/file/1504361/dl?inline.
[2] Rate taken from U.S. Attorney's Office's publication of the Fitzpatrick Matrix, available at https://www.justice.gov/usao-dc/page/file/1504361/dl?inline.

| | | | | |
|---|---|---|---|---|
| 1/28/26 | Review and Suggest Edits | To Mr. Free's attorney fee declaration | .6 | |
| 1/28/26 | Draft | Additional sections of attorney fees memo | 1.1 | |
| 1/28/26 | Edit | Memo and incorporate portions of Free's declaration | .3 | |
| 2/2/2026 | Additional Drafting and Editing | Attorney Melo's fee declaration. | .6 | |
| 2/2/2026 | Confer | With attorney Free regarding status of declarations and memo in support of attorney fees. | .1 | |
| 2/2/2026 | Review and finalize | Memorandum for motion for attorney fees | .5 | |
| 2/2/2026 | Review and finalize | Attorney Melo's timesheet | .2 | |
| 2/2/2026 | File | Fee motion, memorandum, and exhibits | .1 | |
| | | | | |
| | | Total Hours: | 9.7 | |
| | | Total Fees: | $7158.6 | |
| | | Total Amount (2025+2026): | $7300.20 | |