UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLETA CHRISTINA C. SABRA,

    Plaintiff,

v.

UNITED STATES CUSTOMS AND
BORDER PROTECTION,

    Defendant.

Civil Action No. 20-681 (CKK)

## MOTION FOR EXTENSION OF TIME TO RESPOND

By and through undersigned counsel Defendant respectfully moves to extend the deadline to file its response to Plaintiff's Motion for Attorney Fees by 14-days, from February 18, 2026, to March 4, 2026. The grounds for this motion are as follows:

Plaintiffs filed this suit on March 9, 2020, bringing claims under FOIA (ECF No. 1). On January 21, 2023, this Court granted Defendant's Motion for Summary Judgment and dismissed the action (ECF No. 44). And on February 2, 2026, Plaintiff filed a Motion for Attorney Fees (ECF No. 55). Defendant presently requests additional time to confer with the agency and file its response to Plaintiffs' Motion for attorneys' fees. Additionally, undersigned counsel has approximately ten Joint Status Reports and two Reply Briefs due in other matters within the next ten days.

Undersigned counsel requests the additional time to discuss this matter with the relevant agency counsel and formulate Defendant's response to Plaintiff's request. Undersigned counsel sought to verify that Defendant's FOIA office was operational during the current lapse in funding affecting the Department of Homeland Security, to ensure Defendant could meet the requested deadline.

Undersigned counsel is aware of the four-day requirement for the filing of extension motions and apologizes to the Court for filing this request after this Court's four-day requirement; given the government shutdown, undersigned counsel was confirming the status of both the USCIS FOIA office and the attorney assigned to this matter prior to the filing of this motion.

Pursuant to Local Rule 7(m), Plaintiffs were consulted regarding this extension, and they do not take a position on this motion but, if granted, request their Reply be due February 25, 2026. Moreover, due to the stage of this litigation following affirmance by the United States Court of Appeals for the District of Columbia, the only additional schedule impacted by this requested extension is Plaintiff's deadline to file their reply in support of the Motion for Attorney Fees.

Accordingly, Defendant requests an extension as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Response | February 18, 2026 | March 4, 2026 |
| Plaintiff's Reply | February 25, 2026 | March 11, 2026 |

\*        \*        \*

WHEREFORE, Defendants respectfully request that the deadline to respond to Plaintiff's

Motion for Attorney Fees be extended through and including March 4, 2026.  A proposed order is

enclosed herewith.

Dated: February 17, 2026                    Respectfully submitted,
          Washington, DC

                                            JEANINE FERRIS PIRRO
                                            United States Attorney


                                    By:  _____/s/ Zachary J. Krizel_____
                                            ZACHARY J. KRIZEL
                                            Assistant United States Attorney
                                            601 D Street, NW
                                            Washington, DC 20530
                                            202-252-2518
                                            Zachary.Krizel@usdoj.gov

                                    *Attorneys for the United States of America*