UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA C. SABRA,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION,<br><br>      Defendant. | Civil Action No. 20-681 (CKK) |

## **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel Defendant respectfully move to extend the deadline to file its response to Plaintiff's Motion for Attorney Fees by 30-days, from February 18, 2026, to April 3, 2026. The grounds for this motion are as follows.

Plaintiff filed this suit on March 9, 2020, bringing claims under FOIA (ECF No. 1). On January 21, 2023, this Court granted Defendant's Motion for Summary Judgment and dismissed the action (ECF No. 44). And on February 2, 2026, Plaintiff filed a Motion for Attorney Fees (ECF No. 55).

There is good cause to grant this requested extension. This is Defendant's sixth request for an extension of time in this litigation. Following the Court's previous extension granted on February 17, 2026, the parties conferred regarding settling the outstanding issue of attorneys' fees. Furthermore, undersigned counsel has been in contact with agency counsel and is currently awaiting approval from the agency to settle this matter. However, the parties are very confident that this matter may be settled without the need for further briefing or intervention by this Court, and Defendant requests this extension to accomplish settlement.

Undersigned counsel is aware of the four-day requirement for the filing of extension motions and apologizes to the Court for filing this request after this Court's four-day requirement.

Pursuant to Local Rule 7(m), Plaintiff was consulted regarding this extension, and they consent. Moreover, due to stage of this litigation following affirmance by the United Stats Court of Appeals for the District of Columbia, the only additional schedule impacted by this requested extension is Plaintiff's deadline to file their reply in support of the Motion for Attorney Fees.

According, Defendant requests an extension as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Response | March 4, 2026 | April 3, 2026 |
| Plaintiff's Reply | March 11, 2026 | April 17, 2026 |

WHEREFORE, Defendants respectfully request that the deadline to respond to Plaintiff's Motion for Attorney Fees be extended through and including April 3, 2026. A proposed order is enclosed herewith.

Dated: March 2, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2518
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*