UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLETA CHRISTINA C. SABRA,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION,<br><br>   Defendant. | Civil Action No. 20-681 (CKK) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension of time to file its response in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including April 3, 2026, to file its response in this action; and it further

ORDERED that Plaintiff shall have through and including April 17, 2026, to file its reply in this action.

SO ORDERED:

_____          _____
Dated                       COLLEEN KOLLAR-KOTELLY
                           United States District Judge