**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FLETA CHRISTINA C. SABRA,

      Plaintiff,

  v.

UNITED STATES CUSTOMS AND
BORDER PROTECTION,

      Defendant.

Case No.: 20-0681 (CKK)

## JOINT MOTION TO STAY PROCEEDINGS

Defendant U.S. Customs and Border Protection and Plaintiff Fleta Christina C. Sabra, by and through undersigned counsel, respectfully request that the Court stay litigation and all proceedings in this matter for thirty-days, pending the entry of a settlement agreement. In support of this motion, the parties state as follows:

Plaintiff filed this suit on March 9, 2020, bringing claims under FOIA (ECF No. 1). On January 21, 2023, this Court granted Defendant's Motion for Summary Judgment and dismissed the action (ECF No. 44). And on February 2, 2026, Plaintiff filed a Motion for Attorney Fees (ECF No. 55).

On March 2, 2026, Defendant filed a Consent Motion for Extension of Time to File a Response (ECF No. 57). In its Motion, Defendant informed the Court that it was confident that it could reach an agreement with Plaintiff to settle the remaining issue of attorneys' fees. The Court granted the Defendant's Motion on March 4, 2026.

Thereafter, the parties conferred to resolve the matter of attorneys' fees. The parties report that they have reached an agreement, in principle, to settle the matter without further briefing or

intervention by the Court. However, as the Defendant is currently experiencing a lapse in appropriations, it cannot enter into a final agreement. The parties have agreed that, following the restoration of appropriations, the parties will finalize the agreement and enter a stipulated dismissal of this action.

WHEREFORE, the parties respectfully request that this Court stay all proceedings for thirty-days, pending the restoration of appropriations and entry of finalized settlement agreement and stipulated dismissal.  A proposed order is attached.

\*        \*        \*

Dated: April 3, 2026                      Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:     */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*

*/s/ Daniel Melo*
DANIEL MELO
The Melo Law Firm
2902 Forestville Rd.
Raleigh, NC 27616
704-438-7003
Dan@themelolawfirm.com

Counsel for the Defendant

2