**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FLETA CHRISTINA C. SABRA,

      Plaintiff,

  v.                                                                                Case No.: 20-0681 (CKK)

UNITED STATES CUSTOMS AND
BORDER PROTECTION,

      Defendant.

**[PROPOSED] ORDER**

      UPON CONSIDERATION of parties Joint Motion to Stay proceedings for thirty-days, and the entire record, it is hereby

      ORDERED that Joint Motion to Stay is GRANTED; and also

      ORDERED the parties shall inform the Court of the status of the restoration of Defendant's funding within thirty-days of entry of this Order.

SO ORDERED:

_____                              _____
Date                                                               COLLEEN KOLLAR-KOTELLY
                                                                       UNITED STATES DISTRICT JUDGE